# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHN DOE, A MINOR**                                                               **PLAINTIFFS**
**and BERNICE BROWN AS NEXT FRIEND**

**VS.**                                                                **CAUSE NO. 4:17cv25-DMB-JMV**

**ROBERT SMART**                                                                 **DEFENDANT**

## AGREED ORDER EXTENDING
## CASE MANAGEMENT ORDER DEADLINES

This matter is before the Court on the joint *ore tenus* motion of the parties to extend the Case Management Order deadlines. Upon due consideration of the motion, the court finds the motion is well taken. The following dates now apply in this matter:

A.      All discovery must be completed by January 1, 2018; and

B.      All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by January 17, 2018. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

The parties are reminded that the District Judge requires that five (5) months remain between the motions deadline and the trial date. Therefore, no further extensions shall be granted without a trial continuance.

**SO ORDERED** this, the 16th day of October, 2017.

                                                                   /s/ Jane M. Virden
                                                                  **UNITED STATES MAGISTRATE JUDGE**